41 So.2d 442

### Leon LIPSCOMB v. STATE.

8 Div. 521.

Supreme Court of Alabama.
June 23, 1949.

SIMPSON, Justice.

Petition of Leon Lipscomb for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lipscomb v. State, 41 So.2d 440.

Writ denied.

BROWN, FOSTER and LIVINGSTON, JJ., concur.